UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON YIU LI, | No. C-13-00514 DMR |
| Plaintiff(s), | **ORDER RESETTING HEARING DATE ON DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of April 11, 2013 on Defendant's Motion to Dismiss (Docket No. 6) has been vacated. You are hereby notified that the hearing on the Motion to Dismiss is set for **April 18, 2013 at 11:00 a.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar) or call Judge Ryu's Courtroom Deputy, Ivy Garcia, at (510) 637-3639, one week prior to the scheduled hearing.

IT IS SO ORDERED.

Dated: March 20, 2013



_____
DONNA M. RYU
United States Magistrate Judge