UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON YIU LI, | No. C-13-00514 DMR |
| Plaintiff(s), | **ORDER CONTINUING HEARING DATE ON MOTION TO DISMISS AND INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please be advised that the previously-noticed hearing date of April 18, 2013 on Defendant's motion to dismiss, as well as the May 8, 2013 initial Case Management Conference, have been vacated. You are hereby notified that the initial Case Management Conference and the hearing on the motion to dismiss are continued to **May 15, 2013 at 1:30 p.m.** at the U.S. District Court, 1301 Clay Street, Oakland, California 94612. For courtroom number and floor information, please check the Court's on-line calendar at http://www.cand.uscourts.gov (click "Calendars - Judges' Weekly Calendars" link, then select Judge Ryu's calendar). The Case Management Statement is due no later than May 8, 2013. All other deadlines as set forth in the Order Setting Initial Case Management Conference and ADR Deadlines (Docket No. 3) are continued accordingly.

IT IS SO ORDERED.

Dated: April 17, 2013

_____
DONNA M. RYU
United States Magistrate Judge