UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HON YIU LI,

        Plaintiff(s),

   v.

BANK OF AMERICA, N.A.,

        Defendant(s).
_____/

No. C-13-00514 DMR

**ORDER TO SUBMIT JOINT STATUS REPORT**

On March 1, 2013, Defendants filed a motion to dismiss Plaintiffs' Complaint. [Docket No. 6.] On April 18, 2013, the parties filed a joint stipulation and proposed order to continue the hearing on the motion to dismiss and to stay the litigation pending a loan modification review, which the court entered on April 19, 2013. [Docket Nos. 24, 25.] On July 2, 2013, the parties filed a second request to continue the hearing on the motion to dismiss, which the court granted the same day. [Docket Nos. 26, 27.] The motion to dismiss is presently set for hearing on August 22, 2013. By no later than August 14, 2013, the parties shall submit a joint status report regarding the loan modification review process and Defendants' motion to dismiss.

IT IS SO ORDERED.

Dated: August 7, 2013



_____
DONNA M. RYU
United States Magistrate Judge