**United States District Court**
For the Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON YIU LI, | No. C-13-00514 DMR |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant(s). | |
| _____/ | |

The court is in receipt of the parties' request to continue the Initial Case Management Conference. The request is granted. The Initial Case Management Conference previously scheduled for November 6, 2013 has been CONTINUED to **December 11, 2031 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The joint Case Management Statement is due no later than December 4, 2013.

IT IS SO ORDERED.

Dated: November 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge