UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON YIU LI, | No. C-13-00514 DMR |
| Plaintiff(s), | **ORDER DENYING DEFENDANT'S MOTION TO DISMISS WITHOUT PREJUDICE** |
| v. | |
| BANK OF AMERICA, N.A., | |
| Defendant(s). | |
| _____/ | |

On March 1, 2013, Defendants filed a motion to dismiss Plaintiffs' Complaint. [Docket No. 6.] On April 18, 2013, the parties filed a joint stipulation and proposed order to continue the hearing on the motion to dismiss and to stay the litigation pending a loan modification review. [Docket No. 24.] On February 12, 2014, the parties filed a joint status report in which they indicated that Plaintiffs have accepted a trial loan modification program offered by Defendant Bank of America and will dismiss this action once a permanent modification is offered and finalized. [Docket No. 53.] Therefore, in light of the parties' representations, the court hereby denies Defendants' motion to dismiss without prejudice.

IT IS SO ORDERED.

Dated: March 3, 2014

DONNA M. RYU
United States Magistrate Judge

**United States District Court**
For the Northern District of California